884

No. 1022. BYRA v. NEW JERSEY. On petition for writ of certiorari to the Court of Errors & Appeals of New Jersey;

No. 1046. DAULLEY v. RAGEN, WARDEN; and

No. 1060. ADKISON v. RAGEN, WARDEN. On petitions for writs of certiorari to the Supreme Court of Illinois. April 23, 1945. The petitions for writs of certiorari are denied for the reason that applications therefor were not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C. § 350. Reported below: No. 1022, 129 N. J. L. 384, 30 A. 2d 49.

No. 835. INTERNATIONAL UNION, UNITED AUTOMOBILE, AIRCRAFT & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL No. 283 (C. I. O.) v. WISCONSIN EMPLOYMENT RELATIONS BOARD ET AL. On petition for writ of certiorari to the Supreme Court of Wisconsin. February 26, 1945. Dismissed on motion of counsel for the petitioner. Mr. Max Raskin for petitioner. Mr. James Ward Rector for respondents.

No. 456. UNITED STATES v. TWO ACRES OF LAND ET AL. Certiorari, ante, p. 833, to the Circuit Court of Appeals for the Seventh Circuit. March 5, 1945. Dismissed on motion of counsel for the petitioner. Solicitor General Fahy for the United States. Mr. George A. Barr for respondents.